# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 1, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148156

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC: 148156
                                    COA: 312889

DENNIS LEE MATZKE,
                                    Saginaw CC: 11-035390-FH
      Defendant-Appellant.

_____/

      By order of January 31, 2014, the application for leave to appeal the November 19, 2013 judgment of the Court of Appeals was held in abeyance pending the decision in *People v McKinley* (Docket No. 147391). On order of the Court, the case having been decided on June 26, 2014, 496 Mich 410 (2014), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 1, 2014



                                  Clerk

s0924